922 P.2d 973

# SUPREME COURT OF HAWAI‘I

| | | | | |
|---|---|---|---|---|
| State v. Darick | 18981, 19156 | 8/02/96 | Affirmed | |
| State v. Stephany | 19468 | 8/02/96 | Affirmed in part, Vacated in part and Remanded | |
| State v. Lokken | 17815 | 8/26/96 | Affirmed | |
| State v. Burdett | 18362 | 8/30/96 | Affirmed | |
| Toma v. Kyo–Ya Co., Ltd. | 16707 | 8/30/96 | Vacated and Remanded | |
| Brown v. KFC Nat. Management Co. | 18319 | 8/27/96 | Denied | 82 Hawai‘i 226, 921 P.2d 146 |
| State ex rel. Kaneshiro v. Huddy | 19863 | 7/12/96 | Denied | 82 Hawai‘i 188, 921 P.2d 108 |
| State v. Matsunaga | 17173 | 7/08/96 | Denied | 82 Hawai‘i 162, 920 P.2d 376 |
| State v. Pudiquet | 17446 | 8/19/96 | Denied | 82 Hawai‘i 419, 922 P.2d 1032 |
| State v. Sturch | 16778 | 7/08/96 | Denied | 82 Hawai‘i 269, 921 P.2d 1170 |